**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

REGINALD D. TUMLIN,                    )
                                                          )
                    Petitioner,                    )
                                                          )
v.                                                        )          No.:  1:21-CV-58-KAC-SKL
                                                          )
SAMMY ROGERS,                            )
                                                          )
                    Respondent.                    )

### JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, the Court **GRANTS** Respondent's motion to dismiss the instant petition [Doc. 12]  and **DISMISSES THIS ACTION WITH PREJUDICE**.  The Court **DENIES** a certificate of appealability.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*.  *See* Fed. R. App. P. 24.

**SO ORDERED**.


                                              s/ Katherine A. Crytzer
                                              KATHERINE A. CRYTZER
                                              United States District Judge



ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT

2